IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-CR-68-3H
No. 5:16-CV-265-H

TOMMY CARNEL GENERAL,  )
                       )
    Petitioner,         )
                       )        ORDER
    v.                  )
                       )
UNITED STATES OF AMERICA, )
                       )
    Respondent.         )

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in <u>Beckles v. United States</u>, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 2nd day of May 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge