IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:99-CR-68-3H
No. 5:16-CV-265-H

TOMMY CARNEL GENERAL,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on defendant's motion to hold this matter in abeyance. For good cause shown, defendant's motion, [DE #276], is GRANTED.

This matter shall be STAYED pending the United States Supreme Court's resolution of United States v. Brown, 868 F.3d 297, 298 (4th Cir. 2017), reh'g en banc denied, 891 F.3d 115 (4th Cir. 2018), petition for cert. filed, (U.S. May 29, 2018) (No. 17-9276), at which time the respondent is DIRECTED to immediately notify the court of its disposition.

This _____ day of July 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35