IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:99CR00068-003D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| TOMMY CARNEL GENERAL, ) | |
| ) | |
| Defendant. ) | |

On August 4, 2022, defendant filed a Motion to Remit Fine [D.E. 336]. On August 16, 2022, the government responded in opposition [D.E. 339]. For the reasons stated in the government's response in opposition [D.E. 339], defendant's motion [D.E. 336] is DENIED.

SO ORDERED. This __13__ day of __September__, 2022.

JAMES C. DEVER III
United States District Judge